```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STEVEN HIRSCH,

                    Plaintiff,
                                                    O R D E R
       - against -
                                                    19 Civ. 7770 (NRB)
NEWSWEEK MEDIA GROUP, INC.,

                    Defendant.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court on July 8, 2020 that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by August 7, 2020.

DATED:   New York, New York
         July 28, 2020

```
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE
```